700 A.2d 1260

**Purcell BRONSON, Appellant,**

v.

**Martin HORN and Joseph Lehman, Appellees.**

Supreme Court of Pennsylvania.

Sept. 18, 1997.

*ORDER*

PER CURIAM:

The order of the Commonwealth Court is hereby affirmed.